COURT OF CRIMINAL APPEALS OF TEXAS



P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS



UNITED STATES POSTAGE
PITNEY BOWES

02 1M          $ 00.40⁶
0004279596    FEB 10 2015
MAILED FROM ZIP CODE 78701

Discharged

RE: WR-82,307-02

JEREMY ALGANON WILLIAMS
████████ UNIT - TDC # 1920504

UTF

